UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

BOVIE MEDICAL CORPORATION,

               Plaintiff,                        10 Civ. 9529 (CM) (GWG)

vs.

STEVE LIVNEH and HENVIL CORP. LTD.,

               Defendants.

-------------------------------------------------------------X

## REVISED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Bovie Medical Corporation and Defendants Steve Livneh and Henvil Corp. Ltd., by and through their attorneys, and, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate and agree that this action and all claims asserted herein shall be dismissed, with prejudice. All parties shall bear their own costs.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/12
```

Dated: New York, New York
       March 2, 2012

| VENABLE LLP | COHEN, LERNER & RABINOWITZ, P.C. |
|---|---|
| By: /s / Edward P. Boyle<br>Edward P. Boyle (EB 1294)<br>1270 Avenue of the Americas, 25th Floor<br>New York, NY 10020<br>Telephone: 212-808-5675<br>Facsimile: 212-307-5598<br>epboyle@venable.com | By: /s / Steven Z. Cohen<br>Steven Z. Cohen<br>(Admitted Pro Hac Vice)<br>26862 Woodward, Suite 200<br>Royal Oak, Michigan 48067<br>Telephone: (248) 691-2200<br>Facsimile: (248) 691-2214 |
| Matthew Gomes<br>(Admitted Pro Hac Vice)<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>Atlantic Station / 201 17th Street, NW<br>Suite 1700<br>Atlanta, Georgia 30363<br>Telephone: 404-322-6000<br>Facsimile: 404-322-6050 | *Attorneys for Defendants Steve Livneh and Henvil Corp. Ltd.* |
| *Attorneys for Plaintiff Bovie Medical Corporation* | |

SO ORDERED:

[signature]

U.S.D.J.

3-5-2012

Dated: New York, New York
       March 2, 2012

| VENABLE LLP | COHEN, LERNER & RABINOWITZ, P.C. |
|---|---|
| By: /s / Edward P. Boyle<br>Edward P. Boyle (EB 1294)<br>1270 Avenue of the Americas, 25th Floor<br>New York, NY 10020<br>Telephone: 212-808-5675<br>Facsimile: 212-307-5598<br>epboyle@venable.com | By: /s / Steven Z. Cohen<br>Steven Z. Cohen<br>(Admitted Pro Hac Vice)<br>26862 Woodward, Suite 200<br>Royal Oak, Michigan 48067<br>Telephone: (248) 691-2200<br>Facsimile: (248) 691-2214 |
| Matthew Gomes<br>(Admitted Pro Hac Vice)<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>Atlantic Station / 201 17th Street, NW<br>Suite 1700<br>Atlanta, Georgia 30363<br>Telephone: 404-322-6000<br>Facsimile: 404-322-6050 | *Attorneys for Defendants Steve Livneh and Henvil Corp. Ltd.* |
| *Attorneys for Plaintiff Bovie Medical Corporation* | |

SO ORDERED:

[signature]

U.S.D.J.

3-5-2012